NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
Armand D. Roth
Special Assistant United States Attorney
CA State Bar No.: 214624
  Assistant Regional Counsel
  Social Security Administration, Region IX
  160 Spear Street, Suite 800
  San Francisco, California 94105
Tel: (415) 977-8924
Fax: (415) 744-0134
E-mail: Armand.Roth@ssa.gov

Attorneys for Defendant
NANCY A. BERRYHILL

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| Stanley K. Gant,<br><br>    Plaintiff,<br><br>    v.<br><br>Nancy A. Berryhill,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. CV No. 5:18-cv-00062-SHK<br><br>**[PROPOSED] JUDGMENT OF REMAND** |

1

| | |
|---|---|
| 1 | The Court having approved the parties' stipulation for a remand for further |
| 2 | administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g), IT IS |
| 3 | HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned |
| 4 | |
| 5 | action is remanded to the Commissioner of Social Security for further proceedings |
| 6 | consistent with the parties' Stipulation. |

DATED: 9/19/2018

_____
THE HONORABLE SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE